# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TRISTAN RING**
**#105134**                                                              **PLAINTIFF**

**v.**                          **No. 3:25-cv-283-DPM**

**DOE**                                                                   **DEFENDANT**

## ORDER

**1.** The Court withdraws the reference.

**2.** Ring hasn't paid the $405 filing and administrative fees;  and the time to do so has passed.  *Doc. 2 at 3*.  His complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2026