IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRISTAN RING
#105134                                                                                           PLAINTIFF

v.                              No. 3:25-cv-283-DPM

DOE                                                                                               DEFENDANT

## JUDGMENT

Ring's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2026